IN THE UNITED STATES DISTRICT COURT FOR THE

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,          )<br>                                    )<br>       Plaintiff,                   )<br>                                    )<br>    v.                              )<br>                                    )<br> JOHN JAKOBCIC,                     )<br>                                    )<br>       Defendant and               )<br>       Judgment Debtor.            )<br>_____ )<br>                                    )<br> CALIFORNIA DEPARTMENT OF           )<br> HEALTH SERVICES,                   )<br>                                    )<br>       Garnishee.                  )<br>_____ ) | 2:08MC00054-MCE-DAD<br><br><br>ORDER OF GARNISHMENT<br>(INTEREST IN WITHHELD<br>MONEY) |

A Writ of Garnishment (Interest in Withheld Money), directed to the Garnishee California Department of Health Services, has been duly issued and served upon the Garnishee in order to partially satisfy the outstanding debt owed by the Defendant and Judgment Debtor John Jakobcic ("Judgment Debtor").  The balance currently owing by the Judgment Debtor is $460,150.00 as of May 9, 2008.

//

//

//

1

1  The Garnishee filed an Answer of Garnishee stating that at the time of service of the Writ, the Garnishee had custody or possession of properties (non-earnings), in which the "Judgement Debtor" maintains an interest in the amount of $17,251.15.

The Judgment Debtor was served by the Garnishee with the Answer of Garnishee and the Judgment Debtor has not filed a written objection or requested a hearing within 20 days, as set forth in 28 U.S.C. § 3205(c)(5).

Pursuant to 28 U.S.C. § 3205(c)(7), after the Garnishee files an answer, and if no hearing is requested within the required time period, the Court shall promptly enter an order directing the Garnishee as to the disposition of the Judgment Debtor's property.

ACCORDINGLY, IT IS ORDERED that the Garnishee California Department of Health Services shall turn over the amount of $17,251.15, payable to the Clerk of the Court, (reference Docket No. CR S 03-287-MCE on the face of the check), and forward it to:

> U.S. Attorney's Office
> 501 "I" Street, Suite 10-100
> Sacramento, California 95814

IT IS FURTHER ORDERED that upon receipt of payment, the Writ of Garnishment is hereby terminated.

DATED: June 24, 2008.

_____
DALE A. DROZD
UNITED STATES MAGISTRATE JUDGE

Ddad1/orders.civil/jakobcic0054.ord

2